CR 26.74 PSS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

**INFORMATION**

v.

18 U.S.C. § 1343

BRIGIT MARSHALL,

Defendant.

THE UNITED STATES ATTORNEY CHARGES THAT:

## Introduction

1.     At times relevant to this Information:

a.     Company A is in the business of selling new trucks, parts, and services.

b.     Company A is headquartered in the State of Minnesota.

c.     The defendant BRIGIT MARSHALL began working for Company A in 2017. During her employment at Company A, MARSHALL was responsible for the human resources function and the company's payroll.

d.     From at least 2017 through in or about May 2025, MARSHALL used her position of employment to embezzle more than $1.2 million from Company A.

## The Scheme to Defraud

2.     From in or about 2017 through in or about May 2025, in the State and District of Minnesota, and elsewhere, the defendant,

**BRIGIT MARSHALL,**

SCANNED
APR – 6 2026
U.S. DISTRICT COURT MPLS

did knowingly devise and participate in a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts.

3.  It was part of the scheme to defraud that between 2017 and 2025, MARSHALL created excess garnishments within Company A's payroll system. MARSHALL directed the fabricated garnishments, via electronic bank transfer, to herself or accounts she controlled. The payments were never authorized by the company.

4.  It was further part of the scheme that MARSHALL covered up the embezzlement by creating separate general ledgers. MARSHALL adjusted the fake excess garnishments on a ledger to coverup her fraudulent transfers of payroll funds to her personal bank accounts. Because of the separate ledgers, the transfer of funds was hidden or buried in legitimate payments in unrelated areas.

5.  In total, MARSHALL used her position at the company to embezzle at least $1,262,598 million from Company A. MARSHALL used most of the embezzled money to fund her gambling and pull-tab addiction.

### Count 1
### (Wire Fraud)

6.  Paragraphs 1-5 are hereby realleged and incorporated.

7.  On or about the date listed below, in the State and District of Minnesota and elsewhere, the defendant,

**BRIGIT MARSHALL,**

for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, knowingly transmitted and caused to be transmitted by means of wire communications in interstate commerce, certain writings, signs, signals, and sounds, which passed through servers located outside the State of Minnesota, including the following:

| Count | Date (on or about) | Mailing |
|-------|--------------------|---------|
| 1 | January 17, 2024 | A check for $17,320, received and deposited with the First National Bank of Omaha. |

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATIONS

8.      Paragraphs 1 through 7 of this Information are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) in conjunction with Title 28, United States Code, Section 2461(c).

9.      If convicted of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to Count 1 of the Information.

10.     If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

4

Dated: April 6, 2026

DANIEL N. ROSEN
United States Attorney


*s/ Matthew C. Murphy*
BY: Matthew C. Murphy
Assistant U.S. Attorney