AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America

v.

Brigit Marshall
c/o Nicole A Kettwick
Brandt Criminal Defense
2150 Third Avenue North
Anoka, MN 55303

*Defendant*

)
)
)
)
)
)
)
)

Case No. 26-cr-00074-PJS-

**RECEIVED**
APR 1 3 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☑ Information    ☐ Superseding Information    ☐ Complaint

☐ Pretrial Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition

☐ Violation Notice    ☐ Order of Court

| Place: | Diana E. Murphy United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Courtroom No.: 15E (MPLS) |
|---|---|---|
| | | Before: Chief Judge Patrick J. Schiltz |
| | | Date and Time: April 23, 2026 at 9:00 a.m. |

This offense is briefly described as follows:

Count 1 - Wire Fraud, 18:1343

Date:    04/07/2026

*Issuing officer's signature*

Kate M. Fogarty, Clerk of Court

*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date:    4-13-2026

*Server's signature*

J. Lay    USM

*Printed name and title*

**SCANNED**
APR 1 3 2026 CK
U.S. DISTRICT COURT ST. PAUL

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 26-cr-00074-PJS-1

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: _Brigit Marshall_

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* _4-6-2026_.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* _Nicole Kettwic, Brandt Criminal Defense_ who is authorized to receive service of process on behalf of *(name of organization)* _Brigit Marshall_ on *(date)* _4-13-2026_ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned: _4-13-2026_

_____
*Server's signature*

_T. Leary Dusan_
*Printed name and title*

Remarks:
Emailed rkettwick@bkdefense.com