# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE/ARRAIGNMENT/PLEA HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Brigit Marshall,
Defendant.

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 26-CR-0074 (PJS) |
| Date: | May 19, 2026 |
| Court Reporter: | Janell Gruber |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 9:04 a.m. |
| Time Concluded: | 9:45 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | 41 Minutes |

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
For Plaintiff: Matthew C. Murphy and Austin Bowyer
For Defendant: Nicole A. Kettwick ☐ FPD ☐ CJA ☒ Retained ☐ Appointed

PROCEEDINGS:
☒ **Arraignment** on ☒ Information, ☐ Indictment
☒ **Change of Plea Hearing.**
☒ **Initial Appearance.**
☒ Indictment waived.
☐ Defendant withdraws plea of as to Count(s):

☒ PLEA:
☒ Guilty as to Count 1 of the Information.
☐ "Nolo Contendere" as to Count(s):
☐ Defendant admits allegations in the Information.

☒ Presentence Investigation and Report requested.
☒ Released on personal recognizance bond subject to conditions of release.
☒ **~Util Set/Reset Hearings:** Sentencing is scheduled for at September 22, 2026 at 9:00 a.m. in Courtroom 15 (MPLS) before Chief Judge Patrick J. Schiltz.
☐ Defendant remanded to the custody of the U.S. Marshal.

s/CJS
Courtroom Deputy